THE HONORALBE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARRY R. TREMAIN, <br><br> Defendant. | No. CR24-133-JNW <br><br> CR12-226-JNW <br><br> ORDER TO CONTINUE SENTENCING |

THE COURT has considered Barry Tremain's unopposed motion to continue sentencing along with the records in this case.

IT IS ORDERED that July 31, 2025, sentencing date is stricken. Sentencing shall be scheduled for October 23, 2025, at 9:00 a.m.

DATED this 14th day of July 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Barry Tremain

ORDER TO CONTINUE SENTENCING
(*US v. Tremain*, CR24-133-JNW & CR12-226-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100